| AO-10 Rev. 1/2004 | **FINANCIAL DISCLOSURE REPORT** **FOR CALENDAR YEAR 2004** | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial) MUNSON, ALEX R | 2. Court or Organization USDC Northern Mariana Islands | 3. Date of Report 3/10/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) JUDGE - ACTIVE | 5. ReportType (check appropriate type)<br>◯ Nomination, Date<br>◯ Initial  ⦿ Annual  ◯ Final | 6. Reporting Period 1/1/2004 to 12/31/2004 |
| 7. Chambers or Office Address USDC Northern Mariana Islands P.O. Box 500687 Saipan, MP 96950 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee   See Section VIII | Trustee #1 |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED 2005 APR -1 A 10: 58 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
| --- | --- | --- |
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
| --- | --- |
| 1. | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ **NONE** - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
| --- | --- |
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MUNSON, ALEX R | 3/10/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Alcon | A | Int/Div | J | T | Buy | 1/23 | | | Public Trading |
| 2. Altria | A | Int/Div | J | T | | | | | |
| 3. Amazon | A | Int/Div | J | T | Buy | 7/30 | | | Public Trading |
| 4. Amazon | A | Int/Div | J | T | Sell | 12/6 | J | A | Public Trading |
| 5. American Electric Power Common Stock | A | Int/Div | J | T | | | | | |
| 6. American International Group Inc. | A | Int/Div | J | T | | | | | |
| 7. AMGEN | A | Int/Div | J | T | Buy | 2/24 | | | Public Trading |
| 8. Anheuser Busch Co. | A | Int/Div | J | T | Buy | 1/23 | | | Public Trading |
| 9. Anheuser Busch Co. | A | Int/Div | J | T | Sell | 3/10 | J | A | Public Trading |
| 10. Applied Materials | A | Int/Div | J | T | Buy | 1/23 | | | Public Trading |
| 11. Applied Materials | A | Int/Div | J | T | Buy | 3/26 | | | Public Trading |
| 12. Applied Materials | A | Int/Div | J | T | Sell | 12//6 | J | A | Public Trading |
| 13. Arrow Electronics Common Stock | A | Int/Div | J | T | | | | | |
| 14. Avnet Inc. Common Stock | A | Int'Div | J | T | | | | | |
| 15. Avon | A | Int/Div | J | T | Buy | 4/29 | | | Public Trading |
| 16. Avon | A | Int/Div | J | T | Buy | 7/30 | | | Public Trading |
| 17. Avon | A | Int/Div | J | T | Buy | 11/19 | | | Public Trading |
| 18. Bank of America | A | Int/Div | J | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
  P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes: Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| MUNSON, ALEX R | 3/10/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Bed Bath & Beyond | A | Int/Div | J | T | Buy | 1/23 | | | Public Trading |
| 20. Bed Bath & Beyond | A | Int/Div | J | T | Buy | 3/25 | | | Public Trading |
| 21. Bernstein Intermediate Duration Portfolio | D | Int/Div | M | T | | | | | |
| 22. Bernstein Intermediate Duration Portfolio | A | Int/Div | J | T | Buy | 1/29 | | | Public Trading |
| 23. Bernstein Intermediate Duration Portfolio | A | Int/Div | J | T | Buy | 3/24 | | | Public Trading |
| 24. Bernstein Intermediate Duration Portfolio | A | Int/Div | J | T | Buy | 12/15 | | | Public Trading |
| 25. Bernstein International Value Portfolio II | C | Int/Div | L | T | | | | | |
| 26. Bernstein International Value Portfolio II | A | Int/Div | J | T | Buy | 1/23 | | | Public Trading |
| 27. Bernstein International Value Portfolio II | A | Int/Div | J | T | Buy | 12/15 | | | Public Trading |
| 28. Bernstein Tax Managed International Portfolio | C | Int/Div | L | T | | | | | |
| 29. Bernstein Tax Managed International Portfolio | A | Int/Div | J | T | Buy | 12/15 | | | Public Trading |
| 30. Boeing | A | Int/Div | J | T | Buy | 6/21 | | | Public Trading |
| 31. Boeing | A | Int/Div | J | T | Buy | 11/30 | | | Public Trading |
| 32. BP PLC Sponsored ADR | A | Int/Div | J | T | | | | | |
| 33. BP PLC Sponsored ADR | A | Int/Div | J | T | Buy | 1/7 | | | Public Trading |
| 34. Boston Scientific | A | Int/Div | J | T | Buy | 5/20 | | | Public Trading |
| 35. Boston Scientific | A | Int/Div | J | T | Buy | 7/30 | | | Public Trading |
| 36. Broadcom | A | Int/Div | J | T | Buy | 6/14 | | | Public Trading |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
   (See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
   (See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
      P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
   (See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| MUNSON, ALEX R | 3/10/2005 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 37. Broadcom | A | Int/Div | J | T | Buy | 7/30 | | | Public Trading |
| 38. Broadcom | A | Int/Div | J | T | Buy | 9/8 | | | Public Trading |
| 39. Burlington Northern Santa Fe Corp. | A | Int/Div | J | T | | | | | |
| 40. Caremark RX | A | Int/Div | J | T | Buy | 7/30 | | | Public Trading |
| 41. Carnival | A | Int/Div | J | T | Buy | 12/9 | | | Public Trading |
| 42. Chevron Texaco | A | Int/Div | J | T | Buy | 1/29 | | | Public Trading |
| 43. Chubb Corp | A | Int/Div | J | T | Sell | 1/2 | J | A | Public Trading |
| 44. Cisco Systems | A | Int/Div | J | T | | | | | |
| 45. Cisco Systems | A | Int/Div | J | T | Buy | 1/23 | | | Public Trading |
| 46. Cisco Systems | A | Int/Div | J | T | Buy | 2/24 | | | Public Trading |
| 47. Cisco Systems | A | Int/Div | J | T | Part Sell | 9/28 | J | A | Public Trading |
| 48. Citigroup Inc. | A | Int/Div | J | T | | | | | |
| 49. Citigroup Inc. | A | Int/Div | J | T | Buy | 1/29 | | | Public Trading |
| 50. Comcast Corp. | A | Int/Div | J | T | | | | | |
| 51. Comcast Corp. | A | Int/Div | J | T | Part Sell | 4/2 | J | A | Public Trading |
| 52. Comcast Corp. | A | Int/Div | J | T | Part Sell | 6/14 | J | A | Public Trading |
| 53. Conoco Inc. Phillips | A | Int/Div | J | T | | | | | |
| 54. Conoco Inc. Phillips | A | Int/Div | J | T | Part Sell | 12/2 | J | A | Public Trading |

1. Income/Gain Codes:  A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
   (See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
   (See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
   (See Column C2)  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| MUNSON, ALEX R | 3/10/2005 |

## VII.  INVESTMENTS and TRUSTS  -- income, value, transcations (includes those of the spouse and dependent children.  See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. Constellation Energy Group | A | Int/Div | J | T | | | | | |
| 56. Cooper Industries | A | Int/Div | J | T | | | | | |
| 57. Corning Inc. | A | Int/Div | J | T | | | | | |
| 58. Corning | D | Int/Div | JT | T | Part Sell | 1/21 | J | D | Public Trading |
| 59. Corning | D | Int/Div | J | T | Sell | 2/23 | J | D | Public Trading |
| 60. Dell Computer | A | Int/Div | J | T | | | | | |
| 61. Dell Computer | A | Int/Div | J | T | Buy | 1/23 | | | Public Trading |
| 62. Dell Computer | A | Int/Div | J | T | Buy | 2/13 | | | Public Trading |
| 63. Ebay Inc | A | Int/Div | J | T | | | | | |
| 64. Ebay Inc | A | Int/Div | J | T | Buy | 2/13 | | | Public Trading |
| 65. Ebay Inc. | A | Int/Div | J | T | Buy | 2/24 | | | Public Trading |
| 66. Electronic Arts Inc | A | Int/Div | J | T | | | | | |
| 67. Electronic Arts Inc. | A | Int/Div | J | T | Buy | 1/23 | | | Public Trading |
| 68. Entergy Corp. | A | Int/Div | J | T | | | | | |
| 69. EW Scripps | A | Int/Div | J | T | Buy | 8/6 | | | Public Trading |
| 70. EW Scripps | A | Int/Div | J | T | Buy | 10/5 | | | Public Trading |
| 71. EW Scripps | A | Int/Div | J | T | Buy | 11/19 | | | Public Trading |
| 72. Fannie Mae | A | Int/Div | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$5,000,000 P4 = More than $50,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| MUNSON, ALEX R | 3/10/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. Fannie Mae | A | Int/Div | J | T | Part Sell | 1/13 | J | A | Public Trading |
| 74. Fannie Mae | A | Int/Div | J | T | Part Sell | 4/2 | J | A | Public Trading |
| 75. Fannie Mae | A | Int/Div | J | T | Part Sell | 4/29 | J | A | Public Trading |
| 76. Federated Department Stores | A | Int/Div | J | T | | | | | |
| 77. Fleet Boston Fincl. Corp. | A | Int/Div | J | T | Sell | 1/21 | J | A | Public Trading |
| 78. Flextronics Int. | A | Int/Div | J | T | | | | | |
| 79. Freddie Mac Voting Common | A | Int/Div | J | T | | | | | |
| 80. Freddie Mac Voting Common | A | Int/Div | J | T | Buy | 4/28 | | | Public Trading |
| 81. Forest Labs | A | Int/Div | J | T | Buy | 7/30 | | | Public Trading |
| 82. General Electric | A | Int/Div | J | T | | | | | |
| 83. General Electric | A | Int/Div | J | T | Buy | 1/29 | | | Public Trading |
| 84. General Electric | A | Int/Div | J | T | Buy | 2/24 | | | Public Trading |
| 85. Genuine Parts | A | Int/Div | J | T | Sell | 1/21 | J | A | Public Trading |
| 86. Glaxosmith Kline PLC | A | Int/Div | J | T | | | | | |
| 87. Golden West Financial Corp. | A | Int/Div | J | T | Sell | 1/22 | J | A | Public Trading |
| 88. Goldman Sachs Group | A | Int/Div | J | T | Sell | 1/14 | J | A | Public Trading |
| 89. Hartford Financial | A | Int/Div | J | T | Buy | 1/29 | | | Public Trading |
| 90. HCA Inc | A | Int/Div | J | T | Buy | 12/23 | | | Public Trading |

1. Income/Gain Codes:      A = $1,000 or less      B = $1,001-$2,500      C = $2,501-$5,000      D = $5,001-$15,000      E = $15,001-$50,000
   (See Columns B1 and D4)      F = $50,001-$100,000      G = $100,001-$1,000,000      H1 = $1,000,001-$5,000,000      H2 = More than $5,000,000
2. Value Codes:      J = $15,000 or less      K = $15,001-$50,000      L = $50,001-$100,000      M = $100,001-$250,000
   (See Columns C1 and D3)      N = $250,000-$500,000      O = $500,001-$1,000,000      P1 = $1,000,001-$5,000,000      P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000      P4 = $More than $50,000,000
3. Value Method Codes      Q = Appraisal      R = Cost (Real Estate Only)      S = Assessment      T = Cash/Market
   (See Column C2)      U = Book Value      V = Other      W = Estimated

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | MUNSON, ALEX R | 3/10/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 91. Hewlett Packard Co. | A | Int/Div | J | T | Part Sell | 9/1 | J | A | Public Trading |
| 92. Ingram Micro Inc - CL A | A | Int/Div | J | T | Part Sell | 11/30 | J | A | Public Trading |
| 93. Intel Corp | A | Int/Div | J | T | Part Sell | 11/4 | J | A | Public Trading |
| 94. Intel Corp | A | Int/Div | J | T | Part Sell | 12/29 | J | A | Public Trading |
| 95. Interpublic Group | A | Int/Div | J | T | Buy | 2/4 | | | Public Trading |
| 96. Jefferson Pilot | A | Int/Div | J | T | Buy | 1/30 | | | Public Trading |
| 97. Jefferson Pilot | A | Int/Div | J | T | Sell | 8/9 | J | A | Public Trading |
| 98. Jones Apparel | A | Int/Div | J | T | Buy | 9/28 | | | Public Trading |
| 99. J.P. Morgan Chase | A | Int/Div | J | T | Buy | 3/10 | | | Public Trading |
| 100. J.P. Morgan Chase | A | Int/Div | J | T | Buy | 3/25 | | | Public Trading |
| 101. J.P. Morgan Chase | A | Int/Div | J | T | Buy | 3/26 | | | Public Trading |
| 102. J.P. Morgan Chase | A | Int/Div | J | T | Buy | 6/29 | | | Public Trading |
| 103. Juniper Networks | A | Int/Div | J | T | Buy | 2/24 | | | Public Trading |
| 104. Juniper Networks | A | Int/Div | J | T | Buy | 3/25 | | | Public Trading |
| 105. Juniper Networks | A | Int/Div | J | T | Buy | 3/26 | | | Public Trading |
| 106. Kohls Corp. | A | Int/Div | J | T | Sell | 1/12 | | | Public Trading |
| 107. Lear Corp | A | Int/Div | J | T | | | | | |
| 108. Leased Land | | None | L | R | | | | | See Schedule VIII |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 | |
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | | |
| | U = Book Value | V = Other | W = Estimated | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 109. Lehman Brothers | A | Int/Div | J | T | | | | | |
| 110. Lehman Brothers | A | Int/Div | J | T | Buy | 1/23 | | | Public Trading |
| 111. Lehman Brothers | A | Int/Div | J | T | Part Sell | 7/8 | J | A | Public Trading |
| 112. Lowes Company Inc. | A | Int/Div | J | T | Buy | 7/30 | | | Public Trading |
| 113. Lubrizol Corporation Common Stock | A | Int/Div | J | T | Sell | 1/21 | J | A | Public Trading |
| 114. Magna International | A | Int/Div | J | T | | | | | |
| 115. Manulife Corp | A | Int/Div | J | T | Buy | 2/12 | | | Public Trading |
| 116. Martin Marietta | A | Int/Div | J | T | Buy | 12/27 | | | Public Trading |
| 117. Maxim | A | Int/Div | J | T | Sell | 12/6 | J | A | Public Trading |
| 118. MBNA Corp. | A | Int/Div | J | T | Part Sell | 1/23 | J | A | Public Trading |
| 119. MBNA Corp. | A | Int/Div | J | T | Part Sell | 3/10 | J | A | Public Trading |
| 120. McDonalds | A | Int/Div | J | T | Buy | 12/14 | | | Public Trading |
| 121. Medco Health | A | Int/Div | J | T | Buy | 10/7 | | | Public Trading |
| 122. Medtronic Inc. | A | Int/Div | J | T | Part Sell | 7/8 | J | A | Public Trading |
| 123. Merrill Lynch | A | Int/Div | J | T | Buy | 2/24 | | | Public Trading |
| 124. Merrill Lynch | A | Int/Div | J | T | Buy | 3/26 | | | Public Trading |
| 125. Merrill Lynch | A | Int/Div | J | T | Sell | 7/7 | J | A | Public Trading |
| 126. Microsoft Corp. | A | Int/Div | J | T | Buy | 4/2 | | | Public Trading |

1. Income/Gain Codes:  A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)  F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)  N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes  Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)  U = Book Value   V = Other   W = Estimated

| | | | |
|---|---|---|---|
| Name of Person Reporting | Date of Report |
| MUNSON, ALEX R | 3/10/2005 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 127. Microsoft Corp. | A | Int/Div | J | T | Buy | 4/19 | | | Public Trading |
| 128. Microsoft Corp | A | Int/Div | J | T | Part Sell | 10/21 | J | A | Public Trading |
| 129. MI Development | A | Int/Div | J | T | Sell | 1/12 | J | A | Pubic Trading |
| 130. Millennium Chemicals Inc. | A | Int/Div | J | T | Sell | 3/29 | J | A | Public Trading |
| 131. National City Corp. | A | Int/Div | J | T | Buy | 10/27 | | | Public Trading |
| 132. National City Corp. | A | Int/Div | J | T | Buy | 11/22 | | | Public Trading |
| 133. Norfolk Southern Corp. | A | Int/Div | J | T | Part Sell | 4/21 | J | A | Public Trading |
| 134. Nortel Networks | A | Int/Div | J | T | Part Sell | 1/8 | J | C | Public Trading |
| 135. Occidental Petroleum Corp. | A | Int/Div | J | T | Part Sell | 12/16 | J | A | Public Trading |
| 136. Parker Hannifin Corp. | A | Int/Div | J | T | Part Sell | 4/6 | J | A | Public Trading |
| 137. Pepsico Inc. | A | Int/Div | J | T | | | | | |
| 138. Pfizer | A | Int/Div | J | T | Part Sell | 1/5 | J | A | Public Trading |
| 139. Pfizer | A | Int/Div | J | T | Part Sell | 2/13 | J | A | Public Trading |
| 140. Pfizer | A | Int/Div | J | T | Buy | 11/19 | | | Public Trading |
| 141. PPL | A | Int/Div | J | T | Sell | 9/28 | J | A | Public Trading |
| 142. Procter & Gamble | A | Int/Div | J | T | Buy | 4/27 | | | Public Trading |
| 143. Progressive Corp-Ohio | A | Int/Div | J | T | Part Sell | 7/9 | J | A | Public Trading |
| 144. Progressive Corp-Ohio | A | Int/Div | J | T | Sell | 8/19 | J | A | Public Trading |

1. Income/Gain Codes:  A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes:  J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000

3. Value Method Codes  Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash-Market
(See Column C2)  U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| MUNSON, ALEX R | 3/10/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | If not exempt from disclosure | | | |
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 145. Qualcomm | A | Int/Div | J | T | Buy | 7/30 | | | Public Trading |
| 146. Qualcomm | A | Int/Div | J | T | Buy | 11/19 | | | Public Trading |
| 147. Quest Communications | A | Int/Div | J | T | Part Sell | 6/17 | J | A | Public Trading |
| 148. Quest Communications | A | Int/Div | J | T | Sell | 9/10 | J | A | Public Trading |
| 149. Renaissancere Holdings Ltd. | A | Int/Div | J | T | Sell | 10/13 | J | A | Public Trading |
| 150. Research in Motion | A | Int/Div | J | T | Buy | 12/8 | | | Public Trading |
| 151. Safeway Inc | A | Int/Div | J | T | | | | | |
| 152. Solectron Corp. | A | Int/Div | J | T | Buy | 10/21 | | | Public Trading |
| 153. Solectron Corp. | A | Int/Div | J | T | Part Sell | 11/29 | J | A | Public Trading |
| 154. Sprint Corp. | A | Int/Div | J | T | Part Sell | 6/18 | J | A | Public Trading |
| 155. Starbucks | A | Int/Div | J | T | Buy | 12/8 | | | Public Trading |
| 156. St. Jude Medical | A | Int/Div | J | T | Buy | 7/30 | | | Public Trading |
| 157. Sun Trust Banks | A | Int/Div | J | T | Buy | 8/13 | | | Public Trading |
| 158. Supervalue Inc. Common Stock | A | Int/Div | J | T | | | | | |
| 159. Symantec | A | Int/Div | J | T | Buy | 10/I | | | Public Trading |
| 160. Symantec | A | Int/Div | J | T | Buy | 10/21 | | | Public Trading |
| 161. Target | A | Int/Div | J | T | Buy | 11/4 | | | Public Trading |
| 162. Target | A | Int/Div | J | T | Buy | 11/19 | | | Public Trading |

1. Income/Gain Codes:       A  = $1.000 or less        B  = $1,001-$2.500        C  = $2,501-$5,000        D  = $5,001-$15,000        E  = $15.001-$50,000
   (See Columns B1 and D4)   F  = $50.001-$100,000   G  = $100,001-$1.000,000   H1 = $1.000,001-$5.000.000   H2 = More than $5,000,000
2. Value Codes:              J  = $15,000 or less     K  = $15,001-$50,000      L  = $50.001-$100,000     M  = $100,001-$250,000
   (See Columns C1 and D3)    N  = $250,000-$500,000   O  = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
                              P3 = $25,000,001-$50,000,000                          P4 = $More than $50,000,000
3. Value Method Codes        Q  = Appraisal           R  = Cost (Real Estate Only)   S  = Assessment           T  = Cash/Market
   (See Column C2)            U  = Book Value          V  = Other                 W  = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| MUNSON, ALEX R | 3/10/2005 |

## VII.  INVESTMENTS and TRUSTS   -- income, value, transactions (includes those of the spouse and dependent children.  See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | If not exempt from disclosure | | | |
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 163.  Target | A | Int/Div | J | T | Buy | 12/15 | | | Public Trading |
| 164.  Tellabes Inc. | A | Int/Div | J | T | | | | | |
| 165.  Teva Pharmaceutical | A | Int/Div | J | T | Buy | 12/16 | | | Public Trading |
| 166.  Textron | A | Int/Div | J | T | | | | | |
| 167.  Thomas & Betts Corp | A | Int/Div | J | T | Sell | 1/21 | J | A | Public Trading |
| 168.  Time Warner | A | Int/Div | J | T | Buy | 4/1 | | | Public Trading |
| 169.  Time Warner | A | Int/Div | J | T | Buy | 7/2 | | | Public Trading |
| 170.  Torch Mark Corp | A | Int/Div | J | T | | | | | |
| 171.  Unilever N.Y. | A | Int/Div | J | T | Buy | 5/5 | | | Public Trading |
| 172.  United Health Group Inc. | A | Int/Div | J | T | Part Sell | 3/10 | J | A | Public Trading |
| 173.  Valero Energy Corp. New | A | Int/Div | J | T | Part Sell | 1/21 | J | A | Public Trading |
| 174.  Valero Energy Corp. New | A | Int/Div | J | T | Sell | 7/29 | J | A | Public Trading |
| 175.  Veritas Software | A | Int/Div | J | T | Sell | 7/7 | J | A | Public Trading |
| 176.  Viacom Inc. | A | Int/Div | J | T | Sell | 2/23 | J | A | Public Trading |
| 177.  Wachovia Corp | A | Int/Div | J | T | | | | | |
| 178.  Walgreen Co. | A | Int/Div | J | T | Sell | 3/10 | J | A | Public Trading |
| 179.  Wal-Mart Stores | A | Int/Div | J | T | Buy | 3/29 | | | Public Trading |
| 180.  Wal-Mart Stores | A | Int/Div | J | T | Buy | 6/16 | | | Public Trading |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
   (See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
   (See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
   (See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| MUNSON, ALEX R | 3/10/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 181. Wal-Mart Stores | A | Int/Div | J | T | Part Sell | 10/6 | J | A | Public Trading |
| 182. Wal-Mart Stores | A | Int/Div | J | T | Part Sell | 12/8 | J | A | Public Trading |
| 183. Washington Mutual | A | Int/Div | J | T | Sell | 2/12 | J | A | Public Trading |
| 184. Whirlpool Corporation Common Stock | A | Int/Div | J | T | Sell | 7/13 | J | A | Public Trading |
| 185. Wisconsin Energy Corp. | A | Int/Div | J | T | Sell | 3/22 | J | A | Public Trading |
| 186. Wyeth | A | Int/Div | J | T | Sell | 4/6 | J | A | Public Trading |
| 187. XL Capital Ltd | A | Int/Div | J | T | Buy | 10/22 | | | Public Trading |
| 188. Yahoo | A | Int/Div | J | T | Buy | 1/23 | | | Public Trading |
| 189. Yahoo | A | Int/Div | J | T | Buy | 2/24 | | | Public Trading |
| 190. Yahoo | A | Int/Div | J | T | Buy | 11/19 | | | Public Trading |
| 191. Zimmer Holdings | A | Int/Div | J | T | Buy | 7/30 | | | Public Trading |

| 1. Income/Gain Codes. (See Columns B1 and D4) | A = $1,000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$5,000,000 P4 = $More than $50,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | MUNSON, ALEX R | 3/10/2005 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)


Trust #1 listed in Part I is unfunded.

Leased property listed in Section VII, Line 108, was acquired November 30, 1990, for $100,000.
It is located on Mount Tapochau on the Island of Saipan in the Commonwealth of the Northern Mariana Islands.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | MUNSON, ALEX R | 3/10/2005 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____    Date ___3ᵗʰ10ᵗʰ2005___

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

AMENDED

# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2004

AO-10
Rev. 1/2004

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| MUNSON, ALEX R | USDC Northern Mariana Islands | 4/30/2005 |

| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5. ReportType (check appropriate type) | 6. Reporting Period |
|---|---|---|
| JUDGE - ACTIVE | ○ Nomination,    Date<br>○ Initial    ● Annual    ○ FInal | 1/1/2004<br>to<br>12/31/2004 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| USDC Northern Mariana Islands<br>P.O. Box 500687<br>Saipan, MP 96950 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.    Trustee   See Section VIII | Trustee #1 |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED May 10 10 07 AM '05 FINANCIAL DISCLOSURE OFFICE

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | MUNSON, ALEX R | 4/30/2005 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE   - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ NONE   - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children.  See pp. 25-27 of instructions.)

☑ NONE   - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MUNSON, ALEX R | 4/30/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Alcon | A | Int/Div | J | T | Buy | 1/23 | J | | Public Trading |
| 2. Altria | A | Int/Div | J | T | | | | | |
| 3. Amazon | A | Int/Div | | . | Buy | 7/30 | J | | Public Trading |
| 4. Amazon | A | Int/Div | J | T | Sell | 12/6 | J | A | Public Trading |
| 5. American Electric Power Common Stock | A | Int/Div | J | T | | | | | |
| 6. American International Group Inc. | A | Int/Div | J | T | | | | | |
| 7. AMGEN | A | Int/Div | J | T | Buy | 2/24 | J | | Public Trading |
| 8. Anheuser Busch Co. | A | Int/Div | J | T | Buy | 1/23 | J | | Public Trading |
| 9. Anheuser Busch Co. | A | Int/Div | J | T | Sell | 3/10 | J | A | Public Trading |
| 10. Applied Materials | A | Int/Div | J | T | Buy | 1/23 | J | | Public Trading |
| 11. Applied Materials | A | Int/Div | J | T | Buy | 3/26 | J | | Public Trading |
| 12. Applied Materials | A | Int/Div | | | Sell | 12//6 | J | A | Public Trading |
| 13. Arrow Electronics Common Stock | A | Int/Div | J | T | | | | | |
| 14. Avnet Inc. Common Stock | A | Int'Div | J | T | | | | | |
| 15. Avon | A | Int/Div | J | T | Buy | 4/29 | J | | Public Trading |
| 16. Avon | A | Int/Div | J | T | Buy | 7/30 | J | | Public Trading |
| 17. Avon | A | Int/Div | J | T | Buy | 11/19 | J | | Public Trading |
| 18. Bank of America | A | Int/Div | J | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes: Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| | | | Date of Report |
|---|---|---|---|
| | Name of Person Reporting | | |
| | MUNSON, ALEX R | | 4/30/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Bed Bath & Beyond | A | Int/Div | J | T | Buy | 1/23 | J | | Public Trading |
| 20. Bed Bath & Beyond | A | Int/Div | J | T | Buy | 3/25 | J | | Public Trading |
| 21. Bernstein Intermediate Duration Portfolio | D | Int/Div | M | T | | | | | |
| 22. Bernstein Intermediate Duration Portfolio | A | Int/Div | J | T | Buy | 1/29 | J | | Public Trading |
| 23. Bernstein Intermediate Duration Portfolio | A | Int/Div | J | T | Buy | 3/24 | J | | Public Trading |
| 24. Bernstein Intermediate Duration Portfolio | A | Int/Div | J | T | Buy | 12/15 | J | | Public Trading |
| 25. Bernstein International Value Portfolio II | C | Int/Div | L | T | | | | | |
| 26. Bernstein International Value Portfolio II | A | Int/Div | J | T | Buy | 1/23 | J | | Public Trading |
| 27. Bernstein International Value Portfolio II | A | Int/Div | J | T | Buy | 12/15 | J | | Public Trading |
| 28. Bernstein Tax Managed International Portfolio | C | Int/Div | L | T | | | | | |
| 29. Bernstein Tax Managed International Portfolio | A | Int/Div | J | T | Buy | 12/15 | J | | Public Trading |
| 30. Boeing | A | Int/Div | J | T | Buy | 6/21 | J | | Public Trading |
| 31. Boeing | A | Int/Div | J | T | Buy | 11/30 | J | | Public Trading |
| 32. BP PLC Sponsored ADR | A | Int/Div | J | T | | | | | |
| 33. BP PLC Sponsored ADR | A | Int/Div | J | T | Buy | 1/7 | J | | Public Trading |
| 34. Boston Scientific | A | Int/Div | J | T | Buy | 5/20 | J | | Public Trading |
| 35. Boston Scientific | A | Int/Div | J | T | Buy | 7/30 | J | | Public Trading |
| 36. Broadcom | A | Int/Div | J | T | Buy | 6/14 | J | | Public Trading |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2 Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3 Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MUNSON, ALEX R | 4/30/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 37. Broadcom | A | Int/Div | J | T | Buy | 7/30 | J | | Public Trading |
| 38. Broadcom | A | Int/Div | J | T | Buy | 9/8 | J | | Public Trading |
| 39. Burlington Northern Santa Fe Corp. | A | Int/Div | J | T | | | | | |
| 40. Caremark RX | A | Int/Div | J | T | Buy | 7/30J | J | | Public Trading |
| 41. Carnival | A | Int/Div | J | T | Buy | 12/9 | J | | Public Trading |
| 42. Chevron Texaco | A | Int/Div | J | T | Buy | 1/29 | J | | Public Trading |
| 43. Chubb Corp | A | Int/Div | | | Sell | 1/2 | J | A | Public Trading |
| 44. Cisco Systems | A | Int/Div | J | T | | | | | |
| 45. Cisco Systems | A | Int/Div | J | T | Buy | 1/23 | J | | Public Trading |
| 46. Cisco Systems | A | Int/Div | J | T | Buy | 2/24 | J | | Public Trading |
| 47. Cisco Systems | A | Int/Div | J | T | Part Sell | 9/28 | J | A | Public Trading |
| 48. Citigroup Inc. | A | Int/Div | J | T | | | | | |
| 49. Citigroup Inc. | A | Int/Div | J | T | Buy | 1/29 | J | | Public Trading |
| 50. Comcast Corp. | A | Int/Div | J | T | | | | | |
| 51. Comcast Corp. | A | Int/Div | J | T | Part Sell | 4/2 | J | A | Public Trading |
| 52. Comcast Corp. | A | Int/Div | J | T | Part Sell | 6/14 | J | A | Public Trading |
| 53. Conoco Inc. Phillips | A | Int/Div | J | T | | | | | |
| 54. Conoco Inc. Phillips | A | Int/Div | J | T | Part Sell | 12/2 | J | A | Public Trading |

1. Income/Gain Codes: A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash Market
(See Column C2)  U = Book Value  V = Other  W = Estimated

## VII. INVESTMENTS and TRUSTS  -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A -H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 55. Constellation Energy Group | A | Int/Div | J | T | | | | | |
| 56. Cooper Industries | A | Int/Div | J | T | | | | | |
| 57. Corning Inc. | A | Int/Div | J | T | | | | | |
| 58. Corning | D | Int/Div | J | T | Part Sell | 1/21 | J | D | Public Trading |
| 59. Corning | D | Int/Div | | | Sell | 2/23 | J | D | Public Trading |
| 60. Dell Computer | A | Int/Div | J | T | | | | | |
| 61. Dell Computer | A | Int/Div | J | T | Buy | 1/23 | J | | Public Trading |
| 62. Dell Computer | A | Int/Div | J | T | Buy | 2/13 | J | | Public Trading |
| 63. Ebay Inc | A | Int/Div | J | T | | | | | |
| 64. Ebay Inc | A | Int/Div | J | T | Buy | 2/13 | J | | Public Trading |
| 65. Ebay Inc. | A | Int/Div | J | T | Buy | 2/24 | J | | Public Trading |
| 66. Electronic Arts Inc | A | Int/Div | J | T | | | | | |
| 67. Electronic Arts Inc. | A | Int/Div | J | T | Buy | 1/23 | J | | Public Trading |
| 68. Entergy Corp. | A | Int/Div | J | T | | | | | |
| 69. EW Scripps | A | Int/Div | J | T | Buy | 8/6 | J | | Public Trading |
| 70. EW Scripps | A | Int/Div | J | T | Buy | 10/5 | J | | Public Trading |
| 71. EW Scripps | A | Int/Div | J | T | Buy | 11/19 | J | | Public Trading |
| 72. Fannie Mae | A | Int/Div | J | T | | | | | |

1. Income/Gain Codes.        A -- $1,000 or less        B    $1,001-$2,500        C -- $2,501-$5,000        D -- $5,001-$15,000        E    $15,001-$50,000
    (See Columns B1 and D4)   F -- $50,001-$100,000      G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 -- More than $5,000,000
2. Value Codes.              J = $15,000 or less        K -- $15,001-$50,000        L = $50,001-$100,000    M -- $100,001-$250,000
    (See Columns C1 and D3)   N -- $250,000-$500,000     O -- $500,001-$1,000,000    P1 -- $1,000,001-$5,000,000    P2 -- $5,000,001-$25,000,000
                             P3 -- $25,000,001-$50,000,000                          P4 -- $More than $50,000,000
3. Value Method Codes        Q -- Appraisal             R -- Cost (Real Estate Only)    S -- Assessment    T -- Cash/Market
    (See Column C2)           U -- Book Value            V -- Other                  W -- Estimated

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 73. Fannie Mae | A | Int/Div | J | T | Part Sell | 1/13 | J | A | Public Trading |
| 74. Fannie Mae | A | Int/Div | J | T | Part Sell | 4/2 | J | A | Public Trading |
| 75. Fannie Mae | A | Int/Div | J | T | Part Sell | 4/29 | J | A | Public Trading |
| 76. Federated Department Stores | A | Int/Div | J | T | | | | | |
| 77. Fleet Boston Fincl. Corp. | A | Int/Div | | | Sell | 1/21 | J | A | Public Trading |
| 78. Flextronics Int. | A | Int/Div | J | T | | | | | |
| 79. Freddie Mac Voting Common | A | Int/Div | J | T | | | | | |
| 80. Freddie Mac Voting Common | A | Int/Div | J | T | Buy | 4/28 | J | | Public Trading |
| 81. Forest Labs | A | Int/Div | J | T | Buy | 7/30 | J | | Public Trading |
| 82. General Electric | A | Int/Div | J | T | | | | | |
| 83. General Electric | A | Int/Div | J | T | Buy | 1/29 | J | | Public Trading |
| 84. General Electric | A | Int/Div | J | T | Buy | 2/24 | J | | Public Trading |
| 85. Genuine Parts | A | Int/Div | | | Sell | 1/21 | J | A | Public Trading |
| 86. Glaxosmith Kline PLC | A | Int/Div | J | T | | | | | |
| 87. Golden West Financial Corp. | A | Int/Div | | | Sell | 1/22 | J | A | Public Trading |
| 88. Goldman Sachs Group | A | Int/Div | | | Sell | 1/14 | J | A | Public Trading |
| 89. Hartford Financial | A | Int/Div | J | T | Buy | 1/29 | J | | Public Trading |
| 90. HCA Inc | A | Int/Div | J | T | Buy | 12/23 | J | | Public Trading |

1. Income/Gain Codes:  A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000

3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash Market
   (See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| MUNSON, ALEX R | 4/30/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 91. Hewlett Packard Co. | A | Int/Div | J | T | Part Sell | 9/1 | J | A | Public Trading |
| 92. Ingram Micro Inc - CL A | A | Int/Div | J | T | Part Sell | 11/30 | J | A | Public Trading |
| 93. Intel Corp | A | Int/Div | J | T | Part Sell | 11/4 | J | A | Public Trading |
| 94. Intel Corp | A | Int/Div | J | T | Part Sell | 12/29 | J | A | Public Trading |
| 95. Interpublic Group | A | Int/Div | J | T | Buy | 2/4 | J | | Public Trading |
| 96. Jefferson Pilot | A | Int/Div | J | T | Buy | 1/30 | J | | Public Trading |
| 97. Jefferson Pilot | A | Int/Div | | | Sell | 8/9 | J | A | Public Trading |
| 98. Jones Apparel | A | Int/Div | J | T | Buy | 9/28 | J | | Public Trading |
| 99. J.P. Morgan Chase | A | Int/Div | J | T | Buy | 3/10 | J | | Public Trading |
| 100. J.P. Morgan Chase | A | Int/Div | J | T | Buy | 3/25 | J | | Public Trading |
| 101. J.P. Morgan Chase | A | Int/Div | J | T | Buy | 3/26 | J | | Public Trading |
| 102. J.P. Morgan Chase | A | Int/Div | J | T | Buy | 6/29 | J | | Public Trading |
| 103. Juniper Networks | A | Int/Div | J | T | Buy | 2/24 | J | | Public Trading |
| 104. Juniper Networks | A | Int/Div | J | T | Buy | 3/25 | J | | Public Trading |
| 105. Juniper Networks | A | Int/Div | J | T | Buy | 3/26 | J | | Public Trading |
| 106. Kohls Corp. | A | Int/Div | | | Sell | 1/12 | J | A | Public Trading |
| 107. Lear Corp | A | Int/Div | J | T | | | | | |
| 108. Leased Land | | None | L | R | | | | | See Schedule VIII |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MUNSON, ALEX R | 4/30/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 109. | Lehman Brothers | A | Int/Div | J | T | | | | | |
| 110. | Lehman Brothers | A | Int/Div | J | T | Buy | 1/23 | J | | Public Trading |
| 111. | Lehman Brothers | A | Int/Div | J | T | Part Sell | 7/8 | J | A | Public Trading |
| 112. | Lowes Company Inc. | A | Int/Div | J | T | Buy | 7/30 | J | | Public Trading |
| 113. | Lubrizol Corporation Common Stock | A | Int/Div | | | Sell | 1/21 | J | A | Public Trading |
| 114. | Magna International | A | Int/Div | J | T | | | | | |
| 115. | Manulife Corp | A | Int/Div | J | T | Buy | 2/12 | J | | Public Trading |
| 116. | Martin Marietta | A | Int/Div | J | T | Buy | 12/27 | J | | Public Trading |
| 117. | Maxim | A | Int/Div | | | Sell | 12/6 | J | A | Public Trading |
| 118. | MBNA Corp. | A | Int/Div | J | T | Part Sell | 1/23 | J | A | Public Trading |
| 119. | MBNA Corp. | A | Int/Div | J | T | Part Sell | 3/10 | J | A | Public Trading |
| 120. | McDonalds | A | Int/Div | J | T | Buy | 12/14 | J | | Public Trading |
| 121. | Medco Health | A | Int/Div | J | T | Buy | 10/7 | J | | Public Trading |
| 122. | Medtronic Inc. | A | Int/Div | J | T | Part Sell | 7/8 | J | A | Public Trading |
| 123. | Merrill Lynch | A | Int/Div | J | T | Buy | 2/24 | J | | Public Trading |
| 124. | Merrill Lynch | A | Int/Div | J | T | Buy | 3/26 | J | | Public Trading |
| 125. | Merrill Lynch | A | Int/Div | | | Sell | 7/7 | J | A | Public Trading |
| 126. | Microsoft Corp. | A | Int/Div | J | T | Buy | 4/2 | J | | Public Trading |

1. Income/Gain Codes.    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| MUNSON, ALEX R | 4/30/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 127. Microsoft Corp. | A | Int/Div | J | T | Buy | 4/19 | J | | Public Trading |
| 128. Microsoft Corp | A | Int/Div | J | T | Part Sell | 10/21 | J | A | Public Trading |
| 129. MI Development | A | Int/Div | J | T | Buy | 9/5/ 03 | J | | Public Trading |
| 130. MI Development | A | Int/Div | | | Sell | 1/12 | J | A | Pubic Trading |
| 131. Millennium Chemicals Inc. | A | Int/Div | | | Sell | 3/29 | J | A | Public Trading |
| 132. National City Corp. | A | Int/Div | J | T | Buy | 10/27 | J | | Public Trading |
| 133. National City Corp. | A | Int/Div | J | T | Buy | 11/22 | J | | Public Trading |
| 134. Norfolk Southern Corp. | A | Int/Div | J | T | Part Sell | 4/21 | J | A | Public Trading |
| 135. Nortel Networks | A | Int/Div | J | T | Part Sell | 1/8 | J | C | Public Trading |
| 136. Occidental Petroleum Corp. | A | Int/Div | J | T | Part Sell | 12/16 | J | A | Public Trading |
| 137. Parker Hannifin Corp. | A | Int/Div | J | T | Part Sell | 4/6 | J | A | Public Trading |
| 138. Pepsico Inc. | A | Int/Div | J | T | | | | | |
| 139. Pfizer | A | Int/Div | J | T | Part Sell | 1/5 | J | A | Public Trading |
| 140. Pfizer | A | Int/Div | J | T | Part Sell | 2/13 | J | A | Public Trading |
| 141. Pfizer | A | Int/Div | J | T | Buy | 11/19 | J | | Public Trading |
| 142. PPL | A | Int/Div | | | Sell | 9/28 | J | A | Public Trading |
| 143. Procter & Gamble | A | Int/Div | J | T | Buy | 4/27 | J | | Public Trading |
| 144. Progressive Corp-Ohio | A | Int/Div | J | T | Part Sell | 7/9 | J | A | Public Trading |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MUNSON, ALEX R | 4/30/2005 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 145. Progressive Corp-Ohio | A | Int/Div | | | Sell | 8/19 | J | A | Public Trading |
| 146. Qualcomm | A | Int/Div | J | T | Buy | 7/30 | J | | Public Trading |
| 147. Qualcomm | A | Int/Div | J | T | Buy | 11/19 | J | | Public Trading |
| 148. Quest Communications | A | Int/Div | J | T | Part Sell | 6/17 | J | A | Public Trading |
| 149. Quest Communications | A | Int/Div | | | Sell | 9/10 | J | A | Public Trading |
| 150. Renaissancere Holdings Ltd. | A | Int/Div | | | Sell | 10/13 | J | A | Public Trading |
| 151. Research in Motion | A | Int/Div | J | T | Buy | 12/8 | J | | Public Trading |
| 152. Safeway Inc | A | Int/Div | J | T | | | | | |
| 153. Solectron Corp. | A | Int/Div | J | T | Buy | 10/21 | J | | Public Trading |
| 154. Solectron Corp. | A | Int/Div | J | T | Part Sell | 11/29 | J | A | Public Trading |
| 155. Sprint Corp. | A | Int/Div | J | T | Part Sell | 6/18 | J | A | Public Trading |
| 156. Starbucks | A | Int/Div | J | T | Buy | 12/8 | J | | Public Trading |
| 157. St. Jude Medical | A | Int/Div | J | T | Buy | 7/30 | J | | Public Trading |
| 158. Sun Trust Banks | A | Int/Div | J | T | Buy | 8/13 | J | | Public Trading |
| 159. Supervalue Inc. Common Stock | A | Int/Div | J | T | | | | | |
| 160. Symantec | A | Int/Div | J | T | Buy | 10/1 | J | | Public Trading |
| 161. Symantec | A | Int/Div | J | T | Buy | 10/21 | J | | Public Trading |
| 162. Target | A | Int/Div | J | T | Buy | 11/4 | J | | Public Trading |

1. Income/Gain Codes:    A = $1.000 or less    B = $1.001-$2.500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| MUNSON, ALEX R | 4/30/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 163. Target | A | Int/Div | J | T | Buy | 11/19 | J | | Public Trading |
| 164. Target | A | Int/Div | J | T | Buy | 12/15 | J | | Public Trading |
| 165. Tellabes Inc. | A | Int/Div | J | T | | | | | |
| 166. Teva Pharmaceutical | A | Int/Div | J | T | Buy | 12/16 | J | | Public Trading |
| 167. Textron | A | Int/Div | J | T | | | | | |
| 168. Thomas & Betts Corp | A | Int/Div | | | Sell | 1/21 | J | A | Public Trading |
| 169. Time Warner | A | Int/Div | J | T | Buy | 4/1 | J | | Public Trading |
| 170. Time Warner | A | Int/Div | J | T | Buy | 7/2 | J | | Public Trading |
| 171. Torch Mark Corp | A | Int/Div | J | T | | | | | |
| 172. Unilever N.Y. | A | Int/Div | J | T | Buy | 5/5 | | J | Public Trading |
| 173. United Health Group Inc. | A | Int/Div | J | T | Part Sell | 3/10 | J | A | Public Trading |
| 174. Valero Energy Corp. New | A | Int/Div | J | T | Part Sell | 1/21 | J | A | Public Trading |
| 175. Valero Energy Corp. New | A | Int/Div | | | Sell | 7/29 | J | A | Public Trading |
| 176. Veritas Software | A | Int/Div | | | Sell | 7/7 | J | A | Public Trading |
| 177. Viacom Inc. | A | Int/Div | | | Sell | 2/23 | J | A | Public Trading |
| 178. Wachovia Corp | A | Int/Div | J | T | | | | | |
| 179. Walgreen Co. | A | Int/Div | | | Sell | 3/10 | J | A | Public Trading |
| 180. Wal-Mart Stores | À | Int/Div | J | T | Buy | 3/29 | J | | Public Trading |

1. Income/Gain Codes. A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| MUNSON, ALEX R | 4/30/2005 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A -H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 181.  Wal-Mart Stores | A | Int/Div | J | T | Buy | 6/16 | J | | Public Trading |
| 182.  Wal-Mart Stores | A | Int/Div | J | T | Part Sell | 10/6 | J | A | Public Trading |
| 183.  Wal-Mart Stores | A | Int/Div | J | T | Part Sell | 12/8 | J | A | Public Trading |
| 184.  Washington Mutual | A | Int/Div | | | Sell | 2/12 | J | A | Public Trading |
| 185.  Whirlpool Corporation Common Stock | A | Int/Div | | | Sell | 7/13 | J | A | Public Trading |
| 186.  Wisconsin Energy Corp. | A | Int/Div | | | Sell | 3/22 | J | A | Public Trading |
| 187.  Wyeth | A | Int/Div | | | Sell | 4/6 | J | A | Public Trading |
| 188.  XL Capital Ltd | A | Int/Div | J | T | Buy | 10/22 | J | | Public Trading |
| 189.  Yahoo | A | Int/Div | J | T | Buy | 1/23 | J | | Public Trading |
| 190.  Yahoo | A | Int/Div | J | T | Buy | 2/24 | J | | Public Trading |
| 191.  Yahoo | A | Int/Div | J | T | Buy | 11/19 | J | | Public Trading |
| 192.  Zimmer Holdings | A | Int/Div | J | T | Buy | 7/30 | J | | Public Trading |

1. Income/Gain Codes:      A  = $1,000 or less      B  = $1,001-$2,500      C  = $2,501-$5,000      D  = $5,001-$15,000      E  = $15,001-$50,000
(See Columns B1 and D4)    F  = $50,001-$100,000    G  = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:      J  = $15,000 or less      K  = $15,001-$50,000      L  = $50,001-$100,000      M  = $100,001-$250,000
(See Columns C1 and D3)    N  = $250,000-$500,000    O  = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3  = $25,000,001-$50,000,000      P4 = $More than $50,000,000
3. Value Method Codes      Q  = Appraisal      R  = Cost (Real Estate Only)      S  = Assessment      T  = Cash/Market
(See Column C2)    U  = Book Value      V  = Other      W  = Estimated

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | MUNSON, ALEX R | 4/30/2005 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

Trust #1 listed in Part I is unfunded.

Leased property listed in Section VII, Line 108, was acquired November 30, 1990, for $100,000.
It is located on Mount Tapochau on the Island of Saipan in the Commonwealth of the Northern Mariana Islands.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | MUNSON, ALEX R | 4/30/2005 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____ Date _____ 4-29-05 _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544